IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE LEWIS, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 10-0029 |
| OFFICER SHARON SILFIES, et al., : | |
| : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 24th day of August 2012, upon consideration of Defendants' Joint Motion for Involuntary Dismissal (Doc. No. 44), and in accordance with the Opinion of the Court dated August 24, 2012, it is **ORDERED** as follows:

1. Defendants' Joint Motion for Involuntary Dismissal (Doc. No. 44) is **GRANTED**. The above-captioned matter is dismissed in its entirety.

2. All pending motions are **DENIED** as **MOOT**.

3. The Clerk of Court shall close this case.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.